BRIAN J. STRETCH (CABN 16373)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

THOMAS A. COLTHURST  (CABN 99493)
Assistant United States Attorney

**FILED**

SEP 29 2017

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7223
FAX: (415) 436-7234
tom.colthurst@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.  91-CR-00332-EXE |
| Plaintiff, | NOTICE OF DISMISSAL |
| v. | |
| ANGELA CABEZAS, | |
| Defendant. | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United

States Attorney for the Northern District of California dismisses the above indictment as to the

following defendant (and only this defendant), and moves that the Court quash the arrest warrant

////

////

////

NOTICE OF DISMISSAL
Case No. 91-cr-00332-EXE

1 | for this defendants issued in connection with this case:  Angela Cabezas (defendant 1).

2 | DATED: September 25, 2017                          Respectfully submitted,

3 |                                                   BRIAN J. STRETCH
                                                      United States Attorney

4 |

5 |                                                   BARBARA J. VALLIERE

6 |                                                   Chief, Criminal Division

7 |

8 |

9 |

10 |

11 |

12 |

13 |

14 |

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

NOTICE OF DISMISSAL
Case No. 91-cr-00332-EXE

ORDER

Leave is granted to the government to dismiss the indictment as to the following defendant: Angela Cabezas (defendant 1).  It is further ordered that the arrest warrant for this defendant issued in connection with this case is quashed.

Date: _9\28\17_

_____
THE HONORABLE EDWARD M. CHEN
United States District Judge